# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:06cv45

| | | |
|---|---|---|
| **BRENDA LIVESAY, Trustee of the Ronald Livesay and Brenda Livesay Family Trust dated March 26, 1998; BRENDA LIVESAY, Guardian ad item for Candice Livesay and Ron Livesay, Jr.; and BRENDA LIVESAY, Individually,** | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **CAROLINA FIRST BANK; SAFECO CORPORATION; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA,** | ) ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the undersigned's Motion to Recuse. Having considered the undersigned's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned's Motion to Recuse is **GRANTED** _sua sponte,_ and the undersigned, respectfully, recuses himself from consideration of any matters in the above captioned case. The district court is respectfully advised that motions are now pending in this action.

Signed: June 12, 2006

Dennis L. Howell
United States Magistrate Judge